THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED 
 ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 
 
THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Tymon Wells, Appellant.
 
 
 

Appeal From York County
  John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2004-UP-457
 Submitted July 7, 2004  Filed August 26, 2004

APPEAL DISMISSED

 
 
 
 
 Assistant Appellate Defender Tara S. Taggart, of Columbia, for Appellant.
 Deputy Director for Legal Services Teresa A. Knox, Legal Counsel Tommy 
 Evans, Jr., Legal Counsel J. Benjamin Aplin, S.C. Dept. of Probation, 
 of Columbia, for Respondent.
 
 
 

PER CURIAM:  Tymon Wells was sentenced to 
 two years probation for being a habitual traffic offender.  His probation was 
 revoked as a result of his convictions for driving under suspension, assault 
 and battery, and failure to pay supervision fees.  Wells appeals arguing the 
 judges decision to revoke his probation was arbitrary and capricious because 
 Wells presented evidence in mitigation of his violations.  Wellss counsel attached 
 to the brief a petition to be relieved as counsel, stating she had reviewed 
 the record and concluded this appeal lacks merit.  Wells did not file a separate 
 pro se brief.  After a thorough review of the record and counsels 
 brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 [1] Wellss appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., HUFF and KITTREDGE, JJ., concur.

 
 [1] We decide this case without oral arguments pursuant 
 to Rule 215, SCACR.